

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garland Jones | **Civil Action No.** 18cv544-GPC(PCL) |
| **Plaintiff,** | |
| V. | |
| Mrs. Tiscornia, Librarian; Mrs. Monrt, Supervisor | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds Plaintiff's SAC fails to state a claim upon which relief may be granted and dismisses this civil action without further leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

Date: 7/30/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy